William Lorimer, Jr., Administrator of Estate of William Lorimer, Deceased et al., Appellants, v. Rosehill Cemetery Company et al., Appellees.

Gen. No. 42,804.

Heard in the second division, first district, this court at the October term, 1943; opinion filed February 13, 1945; released for publication March 5, 1945. Francis M. Lowes and Rothbart & Rosenfield, for appellants; Ashcraft & Ashcraft, for certain appellees; Harold L. Reeve, Elmer M. Leesman and Charles E. Carnahan, for certain other appellee; Carroll J. Lord, of counsel. Opinion by JUSTICE SCANLAN. Not to be published in full.